UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>Alexandro LOPEZ-Lopez,<br><br>                Defendant | Magistrate Docket No.<br><br>**'08 MJ 1681**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **May 26, 2008** within the Southern District of California, defendant, **Alexandro LOPEZ-Lopez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF MAY 2008

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Alexandro LOPEZ-Lopez

## PROBABLE CAUSE STATEMENT

On Monday, May 26, 2008, Border Patrol Agent P. Fisher was performing his assigned duties in the El Cajon area of operations. This area is approximately nine miles east of the Tecate, California Port of Entry and one mile north of the United States / Mexico International Border.

At approximately 10:40 p.m., Agent Fisher observed a white Dodge pickup truck, traveling eastbound on California State Route 94 (SR 94). The vehicle was heavily weighted in the rear as if overloaded. While following the vehicle, Agent Fisher noticed several people in the back of the truck, and he observed a pair of hands reaching out of the enclosed truck bed holding the tailgate closed. Agent Fisher followed the vehicle for approximately four miles and then initiated a vehicle stop approximately one quarter mile west of Forrest Gate Road, Campo California. The driver of the vehicle yielded.

Agent Fisher approached the vehicle and identified himself as a United States Border Patrol Agent. Agent Fisher questioned 12 individuals in the rear of the vehicle regarding their citizenship. All twelve individuals including one later identified as the defendant **LOPEZ-Lopez, Alexandro** stated that they were citizens and nationals of Mexico without any immigration documents that would allow them to enter, be, or reside in the United States lawfully. All thirteen individuals, including the driver, were arrested and transported to the El Cajon Border Patrol Station in El Cajon, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 26, 2006** through **Paso Del Norte, El Paso, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.