✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA,
                    Plaintiff,

        v.

ALEXANDRO LOPEZ-LOPEZ,

                    Defendant.

**APPEARANCE**

Case Number:    08MJ1681

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    ALEXANDRO LOPEZ-LOPEZ

    I certify that I am admitted to practice in this court.

/s/ JOSEPH McMULLEN

| 5/30/2008 | /s/ JOSEPH McMULLEN |
|---|---|
| Date | Signature |

| Joseph McMullen / Federal Defenders of SD | 246757 |
|---|---|
| Print Name | Bar Number |

| 225 Broadway, Suite 900 | |
|---|---|
| Address | |

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 30, 2008

        _/s/ Joseph McMullen_
JOSEPH McMULLEN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Joseph_McMullen@fd.org